UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRINA WILKINS; JAMES BISHOP; LISA BISHOP; AMBER BRITTON; TONI CORDOVA; JOHN CORTINA; JILL CORTINA; GEORGE DEMKO; DONOVAN HELTON; MARY HELTON; NATE BROOKS; SYDNEY JOHNSON; PLAINTIFF D.J.; DAMON LAFORCE; MICHAEL MASULA; ERIN MASULA; JAMES MATTHEWS; THOMAS OLSZEWSKI; DARLENE COOKINGHAM; THOMAS STANZIANO; WENDY STANZIANO; EDDIE VIERS, individually as surviving spouse of Teresa Viers, deceased, AND as Personal Representative of the ESTATE OF TERESA VIERS; WILLIAM MCNEW; JEANNE WALLACE, individually as surviving spouse of Joseph Wallace, deceased, AND as Personal Representative of the ESTATE OF JOSEPH WALLACE; JAMES WALLACE; and SAMUEL WALLACE, <br><br>    Plaintiffs, <br><br>    v. <br><br>GENZYME CORPORATION <br><br>    Defendant. | Civil Action No: 1:21-cv-10023-DPW <br><br>**Oral Argument Requested** |

**DECLARATION OF ROBERT G. JONES, ESQ. IN SUPPORT OF DEFENDANT GENZYME CORPORATION'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

I, Robert G. Jones, hereby declare under penalty of perjury:

    1.    I am over 18 years of age, and I understand the obligations of an oath.

    2.    I am a partner at the law firm of Ropes & Gray LLP and counsel of record in this action to defendant Genzyme Corporation ("Genzyme").

3. I make this Declaration in support of Genzyme's Motion to Dismiss Plaintiffs' Second Amended Complaint.

4. I have personal knowledge of the facts presented in this declaration based upon my review of documents attached hereto and referenced herein.

5. Attached hereto as **Exhibit A** is a true and correct copy of a 2009 letter from the Senior Director of Medical Affairs for Genzyme, the Executive Director of the Fabry Support and Information Groups, and the Founder and President of the National Fabry Disease Foundation.

6. Attached hereto as **Exhibit B** is a true and correct copy of the 2008 Highlights of Prescribing Information for Fabrazyme.

7. Attached hereto as **Exhibit C** is a true and correct copy of the 2010 Highlights of Prescribing Information for Fabrazyme.

8. Attached hereto as **Exhibit D** is a true and correct copy of a September 24, 2009 letter from Genzyme to prescribing physicians, attaching a document entitled "Revised Guidance to the U.S. Fabry Community: Management of Fabrazyme® (agalsidase beta for injection) Supply."

Executed on this 9th day of July, 2021.

/s/ *Robert G. Jones*
Robert G. Jones (BBO #630767)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Robert.Jones@ropesgray.com

*Counsel for Defendant Genzyme Corporation*

**CERTIFICATE OF SERVICE**

    I, Robert G. Jones, hereby certify that on July 9, 2021, I filed the foregoing electronically with the U.S. District Court for the District of Massachusetts using the CM/ECF system, and caused it to be served on all registered participants via the Notice of Electronic Filing.

/s/ *Robert G. Jones*
Robert G. Jones (BBO #630767)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Robert.Jones@ropesgray.com