# EXHIBIT A

  

Genzyme Corporation
500 Kendall Street
Cambridge, MA 02142
Tel 617-252-7500

Dear FSIG Member,

RE: **Important Information Regarding Fabrazyme® (agalsidase beta) Supply**

As you may know, Genzyme has identified a virus in a single bioreactor used to manufacture Cerezyme (imiglucerase for injection) at our Allston production facility. This virus, vesivirus 2117, is not known to cause disease in humans, but it impairs the viability of CHO cells, which are used to produce Cerezyme and Fabrazyme. While no evidence of the virus has been detected in any of the material or equipment used to produce Fabrazyme, bulk production of both Cerezyme and Fabrazyme has been temporarily suspended to allow for sanitization of the entire facility. This interruption of manufacturing at the Allston facility will result in a temporary shortage in the supply of Fabrazyme.

A Fabrazyme Stakeholders Working Group (FSWG) has been convened to develop a set of recommendations on the management of Fabrazyme supply during this temporary period of shortage. This group included leaders of the Fabry Support & Information Group and the National Fabry Disease Foundation, physician experts in the management of Fabry disease, and Genzyme representatives. The FSWG has developed "Guidance to the Fabry Community on the Management of Fabrazyme Supply" a document which has been sent to your doctor and will be posted on the Fabry Support & Information Group's (www.fabry.org) and the National Fabry Disease Foundation's (www.TheNFDF.org) websites. Please contact your doctor as soon as possible to discuss your specific treatment regimen.

The FSWG's Guidance states that these recommendations should be implemented immediately and widely in an effort to avoid a complete depletion of Fabrazyme supply during the period of Fabrazyme shortage. As always, individual physicians should make the final treatment decisions regarding their patients.

Genzyme plans to continue to update the Fabry community as additional information becomes available. If you have any questions or concerns, please contact your doctor, the Fabry Support & Information Group, the National Fabry Disease Foundation or Genzyme Medical Information (medinfo@genzyme.com or 800-745-4447, option 2).

Sincerely,

Daniel Gruskin, MD
Senior Director, Medical Affairs
Genzyme Corporation

Jack Johnson
Executive Director
Fabry Support & Information Groups

Jerry Walters
Founder & President
National Fabry Disease Foundation

FZ-US-P034-07-09

**GENZYME000250**