UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRINA WILKINS, JAMES BISHOP; LISA BISHOP;
AMBER BRITTON; TONI CORDOVA;
JOHN CORTINA; JILL CORTINA; GEORGE DEMKO;
DOVAN HELTON; MARY HELTON; NATE BROOKS;
SYDNEY JOHNSON; PLAINTIFF D.J.;
DAMON LAFORCE; MICHAEL MASULA;
ERIN MASULA; JAMES MATTHEWS;
THOMAS OLSZEWSKI; DARLENE COOKINGHAM;
THOMAS STANZIANO; WENDY STANZIANO;
EDDIE VIERS, individually as surviving spouse of
Teresa Viers, deceased, AND as Personal Representative
of the ESTATE OF TERESA VIERS; WILLIAM MCNEW;
JEANNE WALLACE individually as surviving spouse of
Joseph Wallace, deceased, AND as Personal Representative
of the ESTATE OF JOSEPH WALLACE; JAMES WALLACE;
and SAMUEL WALLACE,
    Plaintiffs,

v.

CIVIL ACTION NO.
21-10023-DPW

GENZYME CORPORATION,
    Defendant.

## ORDER OF DISMISSAL

WOODLOCK, D.J.

In accordance with this Court's Memorandum and Order [ECF #117] issued on September 14, 2022, granting the Defendant's Motion to Dismiss the Second Amended Complaint, it is hereby ORDERED the above-entitled action be, and hereby is, DISMISSED in its entirety.

BY THE COURT,

*/s/ Barbara I. Beatty*

Deputy Clerk

DATED:   September 14, 2022