# United States Court of Appeals
## For the First Circuit

No. 22–1782

TRINA WILKINS; JAMES BISHOP; LISA BISHOP; AMBER BRITTON; TONI CORDOVA; JOHN CORTINA; JILL CORTINA; GEORGE DEMKO; DOVAN HELTON; MARY HELTON; NATE BROOKS; SYDNEY JOHNSON; D.J.; DAMON LAFORCE; ERIN MASULA; MICHAEL MASULA; JAMES MATTHEWS; THOMAS OLSZEWSKI; DARLENE COOKINGHAM; THOMAS STANZIANO; WENDY STANZIANO; EDDIE VIERS, individually as surviving spouse of Teresa Viers, deceased, and as personal representative of the Estate of Teresa Viers; WILLIAM MCNEW; JAMES WALLACE; JEANNE WALLACE, individually as surviving spouse of Joseph Wallace, deceased, and as personal representative of the Estate of Joseph Wallace; SAMUEL WALLACE,

Plaintiffs, Appellants,

v.

GENZYME CORPORATION,

Defendant, Appellee.

**JUDGMENT**

Entered: February 15, 2024

      This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

      Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed in part and reversed in part, and the matter is remanded to the district court for further proceedings consistent with the opinion issued this day.

      By the Court:

      Maria R. Hamilton, Clerk

cc: Hon. Douglas P. Woodlock, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Thomas Edward Kenney, Robert R. Pierce, Alan Lance Cantor, Charles Allen Black Jr., Jonathan M. Gesk, Robert G. Jones, Renee T. Whyte