IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRINA WILKINS; JAMES BISHOP; LISA BISHOP; AMBER BRITTON; TONI CORDOVA; JOHN CORTINA; JILL CORTINA; GEORGE DEMKO; DOVAN HELTON; MARY HELTON; NATE BROOKS; SYDNEY JOHNSON; PLAINTIFF D.J.; DAMON LAFORCE; MICHAEL MASULA; ERIN MASULA; JAMES MATTHEWS; THOMAS OLSZEWSKI; DARLENE COOKINGHAM; THOMAS STANZIANO; WENDY STANZIANO; EDDIE VIERS, individually as surviving spouse of Teresa Viers, deceased, AND as Personal Representative of the ESTATE OF TERESA VIERS; WILLIAM MCNEW; JEANNE WALLACE individually as surviving spouse of Joseph Wallace, deceased, AND as Personal Representative of the ESTATE OF JOSEPH WALLACE; JAMES WALLACE; and SAMUEL WALLACE;  Plaintiffs,  v.  GENZYME CORPORATION;  Defendant. | No: 1:21 – cv – 10023 – RGS  Class Action  *Electronically Filed* |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby agree to the dismissal of all claims against Genzyme Corporation, with prejudice, with each party to bear its own attorney's fees and costs.

1

Date: September 4, 2025                    Respectfully submitted,


Counsel for Plaintiffs:                    Counsel for Defendant Genzyme Corporation:


*/s/ Jonathan M. Gesk*                     */s/ Robert G. Jones*
Jonathan M. Gesk, Esquire                  Robert G. Jones, Esquire
GESK MORITZ, LLC                           ROPES & GRAY LLP
14 East Main Street                        Prudential Tower
Carnegie, PA 15106                         800 Boylston Street
Phone: (412) 429-9100                      Boston, MA 02199-3600
Email: jgesk@gesklaw.com                   Phone: (617) 951-7000
                                           Email: Robert.Jones@ropesgray.com


C. Allen Black, Esquire                    Renee T. Whyte (admitted *pro hac vice*)
LAW OFFICE OF C. ALLEN BLACK, ESQ.         ROPES & GRAY LLP
322 North Shore Drive                      1211 Avenue of the Americas
Building 1B, Suite 200                     New York, NY 10036-8704
Pittsburgh, PA 15212                       Phone: (212) 596-9929
Phone: (412) 908-3268                      Email: Renee.Whyte@ropesgray.com
Email: drallenblack@gmail.com